

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2016

No. 04-16-00188-CR

Pablo **ALFARO-JIMENEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9248
Honorable Jefferson Moore, Judge Presiding

## **O R D E R**

The appellant's motion for extension of time to file brief is granted. The appellant's brief is due on November 28, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court